# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1148

_____

|  |  |  |
|---|---|---|
| Joseph Haywood Brown, Sr. | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Western |
| Division Family Services; Jackson | * | District of Missouri. |
| County Missouri; Noel Heinback; | * | |
| Lou Jackson; Julie Wallace; Virginia | * | [UNPUBLISHED] |
| Parkinson; Karia Russell; Jay Jenson; | * | |
| Richard Matt; Christina Esteban; | * | |
| Diane Koehler; Virginia Fatseas; | * | |
| Catherine Spurrier; Carrie Hayward; | * | |
| Marion Ellis; Mindy Missner; Carrie | * | |
| Bray; Jennifer Merrill; Larry Jones; | * | |
| Susanne A. Block; Melissa McMasters, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: April 4, 2003
Filed: April 8, 2003

_____

Before MELLOY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Federal inmate Joseph H. Brown, Sr., appeals the district court's[1] judgment dismissing his 42 U.S.C. § 1983 complaint for failure to state a claim. Having carefully reviewed the record, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (de novo standard of review), we affirm for the reasons stated by the district court. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Fernando J. Gaitan, United States District Judge for the Western District of Missouri.